THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WALTER KIMBLE**  **PLAINTIFF**
**ADC #601717**

v.  CASE NO. 4:25-CV-01282-BSM

**MARCUS VADEN**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE